# MARK ALAN GUTERMAN

*Attorney at Law*

199 MAIN STREET, SUITE [ ]
WHITE PLAINS, N.Y. 10[ ]
(914) 761-4488
*fax* (914) 761-4672

March 18, 2024

> Application granted. The conference scheduled for April 22, 2024 is adjourned to May 2, 2024 at 11:30 a.m.
>
> All other directives in the Court's March 8, 2024 Order (Doc. 38) remain in effect.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             March 18, 2024

Honorable Philip M. Halpern
United States District Judge
United States District Court
300 Quarropus Street
White Plains, New York   10601

Re:  Edward Schuyler v. City of New Rochelle *et al*
Docket No. 23-CV-4151 (PH)

Dear Judge Halpern:

I am counsel for the Plaintiff in this matter, which is scheduled for an in-person pre-motion conference on April 22, at 2:30.  I write this letter pursuant to Section 1 (B) and (C) of the Court's individual rules, to request that the conference be rescheduled.  The reason for the request is that I will be actively engaged in preparing for the Passover holiday, which begins that evening.  There have been no prior requests to adjourn this conference.  I have inquired of Defendants' counsel, who has consented to the adjournment.  Mr. Loomba has indicated that he will be on trial May 13-17.

Respectfully,

*Mark A. Guterman*

MARK A. GUTERMAN

Lalit Loomba, Esq., via ECF