UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWARD SCHUYLER,

                            Plaintiff,

               -against-                    **ORDER**

THE CITY OF NEW ROCHELLE, et al.,        23-CV-04151 (PMH)

                          Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court issued a bench ruling today resolving Defendants' motion for summary judgment. (Doc. 43). Counsel for all parties appeared.

      For the reasons stated and law cited on the record, Defendants' motion for summary judgment is GRANTED, and the Second Amended Complaint is dismissed.

      The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 43 and enter judgment accordingly.

SO ORDERED:

Dated: White Plains, New York
       December 10, 2024

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge