**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWARD SCHUYLER,

                              Plaintiff,

     -against-                                          23 **CIVIL** 4151 (PMH)

                                                             **<u>JUDGMENT</u>**

THE CITY OF NEW ROCHELLE, et al.,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2024, the Court issued a bench ruling today resolving Defendants' motion for summary judgment. (Doc. 43). Counsel for all parties appeared. For the reasons stated and law cited on the record, Defendants' motion for summary judgment is GRANTED, and the Second Amended Complaint is dismissed.

**Dated:**  New York, New York

        December 11, 2024

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                               **BY:**
                                                         _____
                                                             **Deputy Clerk**